Lukas E. HOSKA, III, Petitioner,

v.

DEPARTMENT OF THE
ARMY, Respondent.

No. 03–3306.

United States Court of Appeals,
Federal Circuit.

July 9, 2004.

Richard P. Schroeder, Principal Attorney, Mark A. Melnick, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

Gerald Solomon, Principal Attorney, Boynton Beach, FL, for Petitioner.

Before MICHEL, GAJARSA and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.